No. 229, Misc. KUHN v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 261, Misc. OWENS v. ELLIS, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 289, Misc. DEGROAT v. MINO, DISTRICT ATTORNEY OF ULSTER COUNTY, ET AL. Court of Appeals of New York. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, Paxton Blair, Solicitor General, and Winifred C. Stanley, Assistant Attorney General, for respondents.

No. 325, Misc. BURGER v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 336, Misc. SCOTT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller and Beatrice Rosenberg for the United States.

No. 370, Misc. RAMSOUR v. UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller and Beatrice Rosenberg for the United States.

No. 367, Misc. PEARSON v. LAVALLEE, WARDEN. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, Paxton Blair, Solicitor General, and Winifred C. Stanley, Assistant Attorney General, for respondent.